John W. Villines (CA SBN 193672)
JV LAW
726 14th Street, Suite E
Modesto, CA  95354
*Mailing Address*:
P.O. Box 580049
Modesto, CA  95358-0002
Tel:  (209) 524-9903
Fax: (209) 524-6655
E-Mail:  john@jvlaw.net

Attorneys for Plaintiff
JAMES C. BUCKMAN &
MARK A. BUCKMAN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JAMES C. BUCKMAN, an individual, MARK A. BUCKMAN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, a California Corporation; and DOES 1 – 10;<br><br>Defendants. | **CASE NO: 2:09-CV-01843-WBS-JFM**<br><br>**ORDER CONTINUING INITIAL SCHEDULING CONFERENCE** |

On January 15, 2010, Plaintiff filed a Request to Reschedule the Initial Scheduling Conference, currently set for January 25, 2010 at 2:00 p.m.

IT IS HEREBY ORDERED that the Initial Scheduling conference shall be continued to March 22, 2010, at 2:00 p.m.

//

-1-

**ORDER CONTINUING INITIAL SCHEDULING CONFERENCE**

1  IT IS SO ORDERED.

2  Dated: January 19, 2010

```
                              WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE
```