John W. Villines (CA SBN 193672)
JV LAW
726 14th Street, Suite E
Modesto, CA  95354
*Mailing Address*:
P.O. Box 580049
Modesto, CA  95358-0002
Tel:  (209) 524-9903
Fax: (209) 524-6655
E-Mail:  john@jvlaw.net

Attorneys for Plaintiff
JAMES C. BUCKMAN &
MARK A. BUCKMAN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JAMES C. BUCKMAN, an individual, <br> MARK A. BUCKMAN, an individual <br><br> Plaintiff, <br><br> vs. <br><br> DOWNEY SAVINGS AND LOAN ASSOCIATION, a California Corporation; and DOES 1 – 10; <br><br> Defendants. | **CASE NO: 2:09-CV-01843-WBS-JFM** <br><br> **ORDER CONTINUING INITIAL SCHEDULING CONFERENCE** |

On November 13, 2009, Plaintiff filed a 2nd Request to Reschedule the

Initial Scheduling Conference currently set for March 22, 2010 at 2:00 p.m.

IT IS HEREBY ORDERED that the Initial Scheduling conference shall be

continued to May 17, 2010 at 2:00 p.m.

1  IT IS SO ORDERED.

2  Dated: March 17, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE