John W. Villines (CA SBN 193672)
JV LAW
726 14th Street, Suite E
Modesto, CA  95354
*Mailing Address*:
P.O. Box 580049
Modesto, CA  95358-0002
Tel:  (209) 524-9903
Fax: (209) 524-6655
E-Mail:  john@jvlaw.net

Attorneys for Plaintiff
JAMES C. BUCKMAN &
MARK A. BUCKMAN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JAMES C. BUCKMAN, an individual, ) <br> MARK A. BUCKMAN, an individual ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> DOWNEY SAVINGS AND LOAN ) <br> ASSOCIATION, a California ) <br> Corporation; and DOES 1 – 10; ) <br> ) <br> Defendants. ) <br> ) | **CASE NO: 2:09-CV-01843-WBS-JFM** <br><br> **ORDER CONTINUING INITIAL SCHEDULING CONFERENCE** |

On May 14, 2010, Plaintiffs filed an Ex Parte Application to Request to Reschedule the Initial Scheduling Conference, currently set for May 17, 2010 at 2:00 p.m.

IT IS HEREBY ORDERED that the Initial Scheduling conference shall be continued to August 23, 2010, at 2:00 p.m.

-1-

ORDER CONTINUING INITIAL SCHEDULING CONFERENCE

1  IT IS SO ORDERED.

2  Dated: May 18, 2010

```
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE
```