John W. Villines (CA SBN 193672)
JV LAW
726 14th Street, Suite E
Modesto, CA  95354
Tel:  (209) 524-9903
Fax: (209) 524-6655
E-Mail:  john@jvlaw.net

Attorneys for Plaintiffs
JAMES C. BUCKMAN &
MARK A. BUCKMAN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JAMES C. BUCKMAN, an individual, <br> MARK A. BUCKMAN, an individual <br><br> Plaintiffs, <br><br> vs. <br><br> DOWNEY SAVINGS AND LOAN ASSOCIATION, a California Corporation; and DOES 1-10; <br><br> Defendants. | **CASE NO: 2:09-CV-01843-WBS-JFM** <br><br> **ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** <br><br> [Fed. R. Civ. Proc. 41(a)] |

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiffs JAMES C. BUCKMAN & MARK A. BUCKMAN have filed and served on all parties a Notice of Voluntarily Dismissal Without Prejudice.

IT IS ORDERED that the above-captioned action, *Buckman v. Downey Savings and Loan Association,* Case Number 2:09-CV-01843-WBS-JFM, be, and hereby is, dismissed without prejudice.

**[PROPOSED] ORDER OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)**

1  Dated:   August 20, 2010

```
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE
```